UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| BRUCE & KATHY BOUDREAUX | * | CIVIL ACTION NO. 09-0549 |
| --- | --- | --- |
| | * | |
| | * | JUDGE CARL J. BARBIER |
| VERSUS | * | |
| | * | SECTION "J" |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY | * | MAGISTRATE 3 |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION TO EXCLUDE
## PLAINTIFFS' WITNESSES AND EXHIBITS

**NOW COMES**, through undersigned counsel, Defendant, State Farm Fire and Casualty Company ("State Farm"), who moves the Court for an order excluding Bruce and Kathy Boudreaux's ("Plaintiffs") witnesses and exhibits at trial for the reasons more fully stated in Defendant's accompanying memorandum in support.

{N0295979 -}

Respectfully submitted,

/s/ Lindsay A. Larson, III
LINDSAY A. LARSON, III, **T.A.**, #08053
PAUL G. VAN HOOSE, #31347
King, Krebs & Jurgens, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone: (504) 582-3800
llarson@kingkrebs.com
pvanhoose@kingkrebs.com

*Attorneys for State Farm Fire and Casualty Company*

### CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2009, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ Lindsay A. Larson, III
**LINDSAY A. LARSON, III**